## Exhibit A

**Moti Avoidable Transfers & Pre-Petition Transfers**

| Debtor | Dates | Insider's name and address | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|
| Lugano Diamonds & Jewelry Inc. | 1/15/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 1/31/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/14/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/28/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/14/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 558,333.34 | Payroll and Bonus | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/31/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 41,666.67 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 4/15/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 41,666.67 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 4/30/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 41,666.67 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 5/8/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 19,230.77 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 11/29/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 12/13/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 12/31/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 25,000.00 | Payroll | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 1/15/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 1/31/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |

| Debtor | Dates | Insider's name and address | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|
| Lugano Diamonds & Jewelry Inc. | 2/14/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/28/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/14/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 22,333.33 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 11/29/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 12/13/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 12/31/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 1,000.00 | 401(k) Match | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 11/1/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 12/1/2024 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 1/1/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/1/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/21/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $12.10 | Shipping | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/1/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 4/1/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $245.00 | Residence Maintenance | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 1/9/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $4,961.06 | Auto Lease Payment | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 2/3/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $4,961.06 | Auto Lease Payment | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/4/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $4,961.06 | Auto Lease Payment | Chief Executive Officer |

| Debtor | Dates | Insider's name and address | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|
| Lugano Diamonds & Jewelry Inc. | 4/2/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $4,961.06 | Auto Lease Payment | Chief Executive Officer |

| | | | **Subtotal:** | **928,223.79** | |
|---|---|---|---|---|---|

| Debtor | Dates | Insider's name and address | Total amount or value | Reasons for payment or transfer | Relationship to debtor |
|---|---|---|---|---|---|
| Lugano Diamonds & Jewelry Inc. | 3/31/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $215.50 | Credit Card Payment | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 3/31/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | $101.99 | Credit Card Payment | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 11/24-5/25 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 19,607.00 | Benefits | Chief Executive Officer |
| Lugano Diamonds & Jewelry Inc. | 11/24-5/7/2025 | Ferder, Mordechai<br>1501 Serenade Terrace<br>Corona Del Mar, CA  92625 | 135,329.00 | Expense Reimbursement | Chief Executive Officer |

| | | | **Subtotal:** | **$155,253.49** | |
|---|---|---|---|---|---|
| | | | **Total:** | **$1,083,477.28** | |