**Exhibit C**

**Trust Avoidable Transfers**

| Debtor | Date | Bank Description of Beneficiary | | Name in General Ledger | Amount Received | Amount Paid | Total Amount |
|---|---|---|---|---|---|---|---|
| | | Financial Institution | Further Beneficiary Name/No. | | | | |
| Lugano Diamonds & Jewelry Inc. | 9/30/2021 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Charles Schwab | | (662,500.00) | (662,500.00) |
| Lugano Diamonds & Jewelry Inc. | 11/17/2021 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 56877118 | Citibank | | (332,500.00) | (332,500.00) |
| Lugano Diamonds & Jewelry Inc. | 1/31/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 56877118 | Charles Schwab | | (408,000.00) | (408,000.00) |
| Lugano Diamonds & Jewelry Inc. | 3/10/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 530,000.00 | - | 530,000.00 |
| Lugano Diamonds & Jewelry Inc. | 8/8/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Linda Flanders | | (340,000.00) | (340,000.00) |
| Lugano Diamonds & Jewelry Inc. | 8/15/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 395,000.00 | - | 395,000.00 |
| Lugano Diamonds & Jewelry Inc. | 9/6/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 437,500.00 | - | 437,500.00 |
| Lugano Diamonds & Jewelry Inc. | 10/12/2023 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 56877118 | Charles Schwab | | (360,000.00) | (360,000.00) |
| Lugano Diamonds & Jewelry Inc. | 1/2/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Charles Schwab | | (948,750.00) | (948,750.00) |
| Lugano Diamonds & Jewelry Inc. | 1/3/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 64454771 | Charles Schwab | | (675,000.00) | (675,000.00) |
| Lugano Diamonds & Jewelry Inc. | 1/24/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 300,000.00 | - | 300,000.00 |
| Lugano Diamonds & Jewelry Inc. | 2/7/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 64454771 | Charles Schwab fbo Moshe Namdar | | (550,000.00) | (550,000.00) |

| Debtor | Date | Bank Description of Beneficiary | | Name in General Ledger | Amount Received | Amount Paid | Total Amount |
|---|---|---|---|---|---|---|---|
| | | Financial Institution | Further Beneficiary Name/No. | | | | |
| Lugano Diamonds & Jewelry Inc. | 2/28/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 64454771 | Charles Schwab fbo Moshe Namdar | | (250,000.00) | (250,000.00) |
| Lugano Diamonds & Jewelry Inc. | 4/5/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Charles Schwab fbo Moshe Namdar | | (340,000.00) | (340,000.00) |
| Lugano Diamonds & Jewelry Inc. | 5/13/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 64454771 | First Horizon Bank - MJ Gross | | (105,000.00) | (105,000.00) |
| Lugano Diamonds & Jewelry Inc. | 8/19/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 500,000.00 | - | 500,000.00 |
| Lugano Diamonds & Jewelry Inc. | 9/26/2024 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Charles Schwab | | (550,000.00) | (550,000.00) |
| Lugano Diamonds & Jewelry Inc. | 2/11/2025 | CHARLES SCHWAB AND COMPANY ID : 40553953 | The Emmes Revocable Living Trust  D EMMES , K EMMES TTEE ID : 36975914 | Kelly and David Emmes | 75,000.00 | - | 75,000.00 |
| Lugano Diamonds & Jewelry Inc. | 3/28/2025 | CHARLES SCHWAB AND COMPANY ID : 40553953 | Name unknown, ID: 6770-7774 | Moshe Namdor & Co | | (575,000.00) | (575,000.00) |
| | | | | Totals: | $   2,237,500.00 | $   (6,096,750.00) | $   (3,859,250.00) |