*Attorney or Party without Attorney:*
Vincent P. (Trace) Schmeltz III, Esq. ()
Steptoe & Johnson LLP
227 West Monroe Street Suite 4700
Chicago, IL 60606
*Telephone No:* 312-577-1300

*Attorney For:* Plaintiff

*Ref. No. or File No.:*
128582.1 Lugano Diamonds

**_For Court Use Only_**

*Insert name of Court, and Judicial District and Branch Court:*
USBC District of Delaware

*Plaintiff:* LUGANO DIAMONDS & JEWELRY INC.
*Defendant:* MORDECHAI FERDER, et al.

| AFFIRMATION OF SERVICE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:* 26-50528 (BLS) |
|---|---|---|---|---|

1. Mario Alvarado , the undersigned, affirms and states that deponent is not a party to this action, is over 18 years of age and resides in the State of CA .

2. I served copies of the SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COMPLAINT AND OBJECTION TO PROOF OF CLAIM; NOTICE OF DISPUTE RESOLUTION ALTERNATIVES .

3. *a. Party served:* Jeffrey Reeves, Daniel Weiss, Reeves & Weiss LLP
   *b. Person served:* Amy “Doe", Receptionist , Asian American , Female , Age: 36 , Hair: Brown , Eyes: Brown , Height: 5'1" , Weight: 120

4. *Address where the party was served:* 3333 Michelson Drive Suite 300, Irvine, CA 92612

5. *I served the party:* By delivering to and leaving a true copy with Amy “Doe", Receptionist said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity/Partnership on: Mon, Aug 17 2026 at: 01:13 PM .

I affirm this 18 day of AUGUST, 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, except as to matters alleged on information and belief and as to those matters I believe it to be true, and I understand that this document may be filed in an action or proceeding in a court of law.

08/18/2026
*(Date)*

*(Signature)*

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| Vincent P. (Trace) Schmeltz III, Esq. ()<br>Steptoe & Johnson LLP<br>227 West Monroe Street Suite 4700<br>Chicago, IL 60606<br>Telephone No: 312-577-1300 | | | | |
| Attorney For: Plaintiff | | Ref. No. or File No.:<br>128582.1 Lugano Diamonds | | |
| Insert name of Court, and Judicial District and Branch Court:<br>USBC District of Delaware | | | | |
| Plaintiff: LUGANO DIAMONDS & JEWELRY INC.<br>Defendant: MORDECHAI FERDER, et al. | | | | |
| **PROOF OF SERVICE** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>26-50528 (BLS) |

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COMPLAINT AND OBJECTION TO PROOF OF CLAIM; NOTICE OF DISPUTE RESOLUTION ALTERNATIVES

3. *a. Party served:* Sandford Frey, Stinson LLP
   *b. Person served:* Julian Harris, Receptionist, authorized to accept service for Sandford Frey, Stinson LLP

4. *Address where the party was served:* 1901 Avenue of the Stars Suite 450, Los Angeles, CA 90067

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri, Aug 21 2026 (2) at: 02:20 PM

6. ***Person Who Served Papers:***
   a. Mohammad Rafiquzzaman (6600, Los Angeles)
   **b. FIRST LEGAL**
   2920 N. GREEN VALLEY PARKWAY, SUITE 514
   HENDERSON, NV 89014
   c. (888) 599-5039

   **d.** ***The Fee*** *for Service was:*

7. ***I declare under penalty of perjury that the foregoing is true and correct.***

08/23/2026
(Date)

(Signature)